NUMBER 13-00-527-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


MUELLER ENGINEERING CORPORATION
, Appellant,


v.



SACRAMENTO CORIA, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam


 Appellant, MUELLER ENGINEERING CORPORATION, perfected an
appeal from a judgment entered by the 92nd District Court of Hidalgo
County, Texas, in cause number C-1989-99-A-1. After the record was 
filed, the parties filed a joint motion to dismiss the appeal. In the
motion, the parties state that they have reached an agreement to settle
and compromise their differences in this cause. The parties request
that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of January, 2001.